No. 00–7194. Soto-Herrera v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–7197. Sanders v. United States. C. A. 5th Cir. Certiorari denied. 

No. 00–7200. Rodriguez v. United States. C. A. 11th Cir. Certiorari denied. 

No. 00–7204. Mathis v. United States. C. A. D. C. Cir. Certiorari denied. 

No. 00–7207. Brown v. Johnson, Superintendent, State Correctional Institution at Pittsburgh. C. A. 3d Cir. Certiorari denied.

No. 00–7210. Ramirez-Tovar v. United States. C. A. 9th Cir. Certiorari denied. 

No. 00–7212. Ward v. United States. C. A. 6th Cir. Certiorari denied. 

No. 00–7213. Tapia-Rodriguez v. United States. C. A. 5th Cir. Certiorari denied. 

No. 00–7214. Wilson v. California. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–7216. Wooden v. United States. C. A. 4th Cir. Certiorari denied. 

No. 00–7219. Aguilar-Caballero v. United States. C. A. 5th Cir. Certiorari denied. 

No. 00–7220. Souther v. United States. C. A. 4th Cir. Certiorari denied. 

No. 00–7221. Bobb v. United States. Ct. App. D. C. Certiorari denied. 

No. 00–7222. Bland v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied. 

No. 00–7223. Rodriguez v. United States. C. A. 11th Cir. Certiorari denied. 

No. 00–7224. Hambrick v. United States. C. A. 4th Cir. Certiorari denied.